United States District Court
Southern District of Texas
FILED

MAY - 6 1993

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY - 6 1993

MICHAEL N. MILBY, CLERK
By Deputy: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA,<br>        Petitioner<br><br>VS.<br><br>JAMES A. COLLINS, DIRECTOR<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>        Respondent | CIVIL ACTION NUMBER<br><br>M-92-031 |

### ORDER OF DISMISSAL

For the reasons set forth in the Memorandum of even date the Court is of the opinion that Petitioner's Third Petition for Writ of Habeas Corpus should be dismissed. It is, therefore,

ORDERED, ADJUDGED and DECREED that the above-referenced third federal Petition for Writ of Habeas Corpus is hereby DISMISSED.

The Clerk shall send a copy of this Order to counsel for the Petitioner and to counsel for the Respondent.

DONE on this 6th day of May, 1993, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED
MAY - 6 1993
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAY - 6 1993
MICHAEL N. MILBY, CLERK
By Deputy:

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

LEONEL TORRES HERRERA,
    Petitioner

VS.

JAMES A. COLLINS, DIRECTOR
TEXAS DEPARTMENT OF
CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,
    Respondent

CIVIL ACTION NUMBER

M-92-031

## O R D E R

This Court has dismissed the above-referenced action by Memorandum and Order of even date herewith, therefore this Court is of the opinion that Petitioner's Motions for Discovery and for Fees and Funds and the Respondent's Application for Leave to Utilize Discovery Process filed in the above-referenced action should be and are hereby DENIED.

The Clerk shall send a copy of this Order to counsel for the Petitioner and to counsel for the Respondent.

DONE on this 6th day of May, 1993, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE