United States District Court
Southern District of Texas
FILED

MAY - 6 1993

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY - 6 1993

MICHAEL N. MILBY, CLERK
By Deputy: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| LEONEL TORRES HERRERA,<br>           Petitioner | )<br>)<br>) CIVIL ACTION NUMBER |
| VS. | )<br>) M-92-031 |
| JAMES A. COLLINS, DIRECTOR<br>TEXAS DEPARTMENT OF<br>CRIMINAL JUSTICE,<br>INSTITUTIONAL DIVISION,<br>           Respondent | )<br>)<br>)<br>)<br>) |

## O R D E R

This Court has dismissed the above-referenced action by Memorandum and Order of even date herewith, therefore this Court is of the opinion that Petitioner's Motions for Discovery and for Fees and Funds and the Respondent's Application for Leave to Utilize Discovery Process filed in the above-referenced action should be and are hereby DENIED.

The Clerk shall send a copy of this Order to counsel for the Petitioner and to counsel for the Respondent.

DONE on this ___6th___ day of May, 1993, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE